**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6575**

———————

EDWIN CECIL TURNER,

Plaintiff - Appellant,

versus

SHERIFF HUDSON; LIEUTENANT BROOKS; DOCTOR
BERDEEN; ROBERT FRONK, Medic; DELIAH BROWLEY,
Medic,

Defendants - Appellees,

and

MAYOR BOWERS; GEORGE M. MCMILLAN; ONZLEE WARE,
Esquire; CONRAD DAUM, Dr.,

Defendants.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-94-285-R)

———————

Submitted: October 8, 1998      Decided: October 26, 1998

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Edwin Cecil Turner, Appellant Pro Se.  Elizabeth Kay Dillon, Kevin Scott Blair, WOODS, ROGERS & HAZLEGROVE, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellees' motion for summary judgment, thereby denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying relief on his state law claims of medical malpractice and negligence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court and deny Appellant's motion for appointment of counsel and motion for sanctions. Turner v. Hudson, No. CA-94-285-R (W.D. Va. Mar. 20, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED